# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

Case No.: 21-00089  
Case Name: GASPERETTI, INC  
For Period Ending: 03/31/2021

Trustee Name: (670100) Matthew J. Anderton  
Date Filed (f) or Converted (c): 01/22/2021 (f)  
§ 341(a) Meeting Date: 03/11/2021  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking Account at Heritage Bank (receivership estate bank account?) 301 W. Yakima Ave. monies are believed to have been transferred and being held in trust at Carlson Hinton Law. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Tangible personal property liquidated | 29,041.00 | 29,041.00 | OA | 29,041.68 | FA |
| 3 | pre-paid insurance for builidng (expires 5/15/21) | Unknown | Unknown | | 0.00 | Unknown |
| 4 | alleged interest in John Gasperetti dba 15.1. Gasperetti's Floral & Design, 0% ownership, Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | 1013 N 1st Ave. Yakima, WA 98901, Fee simple, Valuation Method: Liquidation | 335,000.00 | 0.00 | | 0.00 | 335,000.00 |
| 6 | non-registered intellectual property (trade names of Gasperetti's Inc., and G-Spot). | Unknown | Unknown | | 0.00 | Unknown |
| 7 | alleged interest in recipte book. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | possible claim against Homestreet Bank related to reduction/diminuton of value of real property, lender liability. Amount Requested: $0.00 | Unknown | Unknown | | 0.00 | Unknown |
| 9 | claims against the Snyder family (no litigation pending at this time), breach of contract, negligent/intentional intereference in business. Amount Requested: negligent/intentionalintereferenceinbusinessinterests | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Amount requested $0.00 claim again Valley Title (did the initial abstract) Pacific National (provided coverage) claims for negligence, negligence. Amount Requested: $0.00 | Unknown | Unknown | | 0.00 | Unknown |
| 10 | **Assets Totals (Excluding unknown values)** | **$364,041.00** | **$29,041.00** | | **$29,041.68** | **$335,000.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 21-00089　　　　　　　　　　　　　　　　　　　**Trustee Name:** (670100) Matthew J. Anderton
**Case Name:** GASPERETTI, INC　　　　　　　　　　　　　**Date Filed (f) or Converted (c):** 01/22/2021 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§ 341(a) Meeting Date:** 03/11/2021
**For Period Ending:** 03/31/2021　　　　　　　　　　　　**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

　　　1/22/21 - This is an Involuntary, Non-Individual Chapter 7 petition
　　　2/8/21 - Trustee Anderton appointed
　　　2/10/21 - Property was listed at $405,000.
　　　2/22/21 - Motion for Turnover filed by DC T. Carlson
　　　2/26/21 - Objection filed by Homestreet bank for turnover
　　　2/28/21 - Building is currently insured through 5/15/21 - will need copy of policy and trustee added
　　　3/2/21 - Application to employ Anderton Law as Attny for Trustee. Order entered 3/4/21 ECF 26
　　　3/4/21 - Motion to Dismiss filed by Homestreet Bank
　　　3/8/21 - Trustee objection to turnover motion filed
　　　3/12/21 - Application to employ Lars Hanson as realtor for trustee. Order entered 3/16/21
　　　3/15/21 - Issues regarding the security of the building have occurred and are being addressed
　　　3/22/21 - Objection to turnover filed by SBA
　　　3.23.21 - Joinder to Objections filed by WA State Taxing Agencies
　　　3/24/21 - Joinder to Objections filed by R. William Dolsen & Descendants of 2018 Trust
　　　3/26/21 - Objection to Motion to Dismiss filed by DC T Carlson for global Ventures, Inc. - Ongoing Evaluation of Potential Assets Realiazable for Estate
　　　3/29/21 - Motion to lift stay and abandonment filed by Heritage Bank
　　　4/21/21 - Order granting lift stay and abandonment entered

**Initial Projected Date Of Final Report (TFR):** 12/15/2022　　　　**Current Projected Date Of Final Report (TFR):** 12/15/2022

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 21-00089 | Trustee Name: | Matthew J. Anderton (670100) | |
| Case Name: | GASPERETTI, INC | Bank Name: | People's United Bank | |
| Taxpayer ID #: | **-***7648 | Account #: | ******7446 Checking | |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $55,683,398.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{ } Asset Reference(s)       21-00089-WLH7    Doc 58    Filed 05/07/21    Entered 05/07/21 22:55:43    Pg 3 of 5   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-00089 | Trustee Name: | Matthew J. Anderton (670100) |
|---|---|---|---|
| Case Name: | GASPERETTI, INC | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***7648 | Account #: | ******7470 Checking |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $55,683,398.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/21 | {2} | Team Carlson Law PLLC | Distribution Fees - Court approved | 1129-000 | 29,041.68 | | 29,041.68 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 43.44 | 28,998.24 |
| | | | COLUMN TOTALS | | 29,041.68 | 43.44 | $28,998.24 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,041.68 | 43.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $29,041.68 | $43.44 | |

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** 21-00089 | **Trustee Name:** Matthew J. Anderton (670100) |
| **Case Name:** GASPERETTI, INC | **Bank Name:** People's United Bank |
| **Taxpayer ID #:** **-***7648 | **Account #:** ******7470 Checking |
| **For Period Ending:** 03/31/2021 | **Blanket Bond (per case limit):** $55,683,398.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---:|
| Net Receipts: | $29,041.68 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $29,041.68 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7446 Checking | $0.00 | $0.00 | $0.00 |
| ******7470 Checking | $29,041.68 | $43.44 | $28,998.24 |
| | $29,041.68 | $43.44 | $28,998.24 |